IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MYRTLE HILL,                          *

          Plaintiff                   *

vs.                                   *
                                              CASE NO. 3:08-CV-12 (CDL)
MICHAEL J. ASTRUE, Commissioner       *
of Social Security,
                                      *
          Defendant
_____   *


O R D E R

     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 23, 2009, is hereby approved, adopted, and made the Order of the Court.

     IT IS SO ORDERED, this 20th day of February, 2009.


                              S/Clay D. Land
                                CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE